IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                                   **PLAINTIFF**

V.                    **CASE NO. 5:19-CR-50058-002**

**JAMES BLAIR**                                                   **DEFENDANT**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 68) of United States Magistrate Judge Christy Comstock, filed on November 6, 2023. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 68) is **ADOPTED IN ITS ENTIRETY**, and Defendant's *pro se* Motion for Compassionate Release (Doc. 58) is **DENIED**.

**IT IS SO ORDERED** on this 27th day of November, 2023.

                                               */s/ Timothy L. Brooks*
                                               TIMOTHY L. BROOKS
                                               UNITED STATES DISTRICT JUDGE